**Order entered October 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00255-CV

### DRUCILLA BAIN, Appellant

### V.

### CAPITAL SENIOR LIVING CORPORATION, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01332-B**

## ORDER

We **GRANT** appellant's October 2, 2014 unopposed motion for additional extension of time to file combined appellant's reply and cross-appellee's brief and **ORDER** the brief be filed no later than November 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
       JUSTICE